UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**GEOFFREY BOWEN,**

  Plaintiff,

v.                                                Case No. 2:21-cv-796-JES-NPM

**LEXISNEXIS RISK SOLUTIONS, INC.,**

  Defendant.

_____

## REPORT AND RECOMMENDATION

Plaintiff Geoffrey Bowen has failed to respond to the court's June 24, 2022 show-cause order (Doc. 38). And despite numerous communications from both his counsel and the court, Bowen failed to appear as ordered for the June 23, 2022 hearing on his former counsel's motion to withdraw. (Docs. 34, 35, 36).

The court warned that Bowen's failure to comply with the show-cause order will result in the dismissal of this action without further notice. And the clerk mailed a copy to Bowen at his last known address. By failing to comply with court orders and appear as directed, Bowen evinces a lack of interest in prosecuting his case.

Accordingly, this action should be dismissed for lack of prosecution and for failure to comply with court orders, and the clerk should be directed to terminate or cancel all motions, deadlines, and hearings and close the case.

Respectfully recommended on July 11, 2022.

NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections "waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." *See* 11th Cir. R. 3-1. **To expedite resolution, parties may file a joint notice waiving the 14-day objection period.**