```
             UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
                  FORT MYERS DIVISION
```

GEOFFREY BOWEN,

        Plaintiff,

v.                        Case No: 2:21-cv-796-JES-NPM

LEXISNEXIS RISK SOLUTIONS,
INC.,

        Defendant.

_____

## OPINION AND ORDER

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #39), filed July 11, 2022, recommending that the action be dismissed for lack of prosecution and for failure to comply with the Court's orders. The Report and Recommendations were mailed to *pro se* plaintiff on July 12, 2022. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in

whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #39) is hereby **adopted**, and the findings incorporated herein.

2. The action is **DISMISSED** without prejudice for lack of prosecution and for failure to comply with court orders.

3. The Clerk shall enter judgment accordingly, terminate all pending motions and deadlines, and close the case.

**DONE and ORDERED** at Fort Myers, Florida, this   1st   day of August 2022.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

- 3 -

Copies:
Hon. Nicholas P. Mizell
United States Magistrate Judge

Parties of Record